1
2
3
4
5
6
7

8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11 | J&J SPORTS PRODUCTIONS, INC.,       ) CASE NO: 1:14-cv-00619 AWI JLT
                                         )
12 |                   Plaintiff,        ) ORDER CONTINUING SCHEDULING
                                         ) CONFERENCE
13 |            v.                       )
                                         )
14 | CHRISTINA RESENDIS, et al.,         )
                                         )
15 |                   Defendants.       )
                                         )
16

17      Plaintiff filed this action on April 25, 2014 and in the complaint, raises causes of action related to

18 the alleged unlawful interception of Plaintiff's televised fight program.  (Doc. 1 at 2) The Court issued a

19 summons to defendants on the same date the matter was filed. (Doc. 3)  (Doc. 8) However, Plaintiff has

20 not filed proofs of service.

21      At the time the Court issued the summons, the Court also issued its order setting mandatory

22 scheduling conference.  (Doc. 3)  This order reads in pertinent part,

23      The Court is unable to conduct a scheduling conference until defendants have been
        served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue
24      service of summons and complaint and dismiss those defendants against whom
        plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the
25      summons and complaint so the Court has a record of service. Counsel are referred to
        F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. **Failure
26      to timely serve summons and complaint may result in the imposition of sanctions,
        including the dismissal of unserved defendants.**
27

(Doc. 3 at 1-2, emphasis added)  There has not been an appearance by any defendant.

Plainly, the Court cannot proceed with the scheduling conference given the lack of appearance by the defendant.  However, in continuing the scheduling conference, Plaintiff is reminded of its obligation of *timely* service under Rule 4 and that the Court may order the dismissal of this matter sua sponte for failure to comply with Fed. R. Civ. P. 4.

## ORDER

Based upon the foregoing, the Court **ORDERS**:

1. The scheduling conference, currently set on August 8, 2014 is **CONTINUED** to **October 1, 2014** at 8:30 a.m.

**Plaintiff is advised that its failure to comply with this order and with Fed. R. Civ. P. 4, will result in a recommendation that the matter be dismissed.**

IT IS SO ORDERED.

Dated:   **July 30, 2014**                              /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE