Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO.  1:14-cv-00619-AWI-JLT |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE; AND ORDER |
| v. | |
| CRISTINA RESENDIS, et al. | (Doc. 7) |
| Defendants. | |

TO THE HONORABLE ANTHONY W. ISHII, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:

As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon defendants Cristina Resendis and Samuel Resendis, individually and d/b/a Sam's Restaurant and Bar.

**WHEREFORE**, Plaintiff makes the following representations and recommendations:

1.     On April 25, 2014, Plaintiff's Complaint was filed against Defendants Cristina Resendis and Samuel Resendis, individually and d/b/a Sam's Restaurant and Bar.

2.     Plaintiff has *still* not perfected service of the initiating suit papers upon the Defendants Cristina Resendis and Samuel Resendis, individually and d/b/a Sam's Restaurant and Bar, despite efforts to do so.  Please see attached hereto and made part hereof Plaintiff's Exhibit 1.

4.      As of this writing, Plaintiff's counsel is attempting to skiptrace the Defendants Cristina Resendis and Samuel Resendis to locate their whereabouts.  In the event that we cannot locate the Defendants, Plaintiff's counsel will seek no further extensions in this action and will either dismiss the defendant outright or seek to effect service by publication within the additional days granted by way of this Application form this Honorable Court.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court permit Plaintiff an additional Forty-Five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to the named defendant.

Respectfully submitted,

Dated:  August 12, 2014

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///

## <u>ORDER</u>

Good cause appearing, the Court **ORDERS**:

1.      Plaintiff is granted until **October 3, 2014** to effectuate service of the Summons and Complaint filed in this matter and file proof of service or to file a motion for service by publication;

2.      Alternatively, no later than **October 3, 2014,** Plaintiff **SHALL** file a notice of voluntary dismissal as to defendant Cristina Resendis and Samuel Resendis, individually and d/b/a Sam's Restaurant and Bar;

3.      The scheduling conference, currently set on October 1, 2014 is **CONTINUED** to **December 11, 2014 at 9:00 a.m.**


IT IS SO ORDERED.

Dated:   **August 12, 2014**                          _____ **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE