**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel:  626-799-9797**
**Fax:  626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | **Case No. 1:14-cv-00619-AWI-JLT** |
| **Plaintiff,** | |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL; ORDER** |
| **Cristina Resendis, et al.,** | |
| **Defendants.** | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses, *without prejudice,* defendants Cristina Resendis and Samuel Resendis, individually and d/b/a Sam's Restaurant and Bar.

This Dismissal is made pursuant to FRCP 41 (a).

Dated: October 22, 2014        */s/  Thomas P. Riley*
                               **LAW OFFICES OF THOMAS P. RILEY, P.C**.
                               By:  Thomas P. Riley
                               Attorneys for Plaintiff
                               J & J Sports Productions, Inc.

**PAGE 1**

## ORDER

It is hereby ordered that civil action number 1:14-cv-00619-AWI-JLT styled *J & J Sports Productions, Inc. v. Cristina Resendis, et al.*, is dismissed **without prejudice**.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   October 23, 2014                              _____
                                                            SENIOR  DISTRICT  JUDGE

**PAGE 2**